# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -2 PM 5: 21

U.S.A. vs. <u>MARTIN BERLANSTEIN</u>

Docket No. <u>2:00CR20030-01</u>
<u>2:00CR20183-01</u>

### Petition on Probation and Supervised Release

**COMES NOW** <u>MARNIE KLYMAN</u> **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of <u>Martin Berlanstein</u> who was placed on supervision by the Honorable <u>Julia Smith Gibbons</u> sitting in the Court at <u>Memphis, TN</u> on the <u>2nd</u> day of <u>March, 2001,</u> who fixed the period of supervision at <u>three (3) years*</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall undergo psychological counseling as directed by the Probation Office.
2. The defendant shall discuss his financial situation on a regular basis with his Probation Officer.
3. The defendant shall obtain full time employment.
4. The defendant is prohibited from participation in any gambling activity, and is not to be employed in the gambling industry.
5. The defendant shall pay restitution in the amount of $112,915.86, as directed by the Probation Officer and shall not attempt to discharge restitution through Bankruptcy proceedings or obtain a payment at less than full value. (Balance: $110,155.86)

\* Term of Supervised Release began September 5, 2002, in the District of Maryland (Baltimore).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Pursuant to Marci Rapp, United States Probation Officer, District of Maryland (Baltimore) who has been responsible for the supervision of Mr. Berlanstein, he will be unable to satisfy his outstanding restitution balance prior to his expiration date. Mr. Berlanstein has made a good faith effort to satisfy the Court's order by making consistent monthly payments in the amount of $110.00. Mr. Berlanstein has signed a payment agreement with the U.S. Attorney's Financial Litigation Unit wherein he agrees to continue to pay $110.00 per month toward his debt until such debt is paid in full.

**PRAYING THAT THE COURT WILL ORDER** that Martin Berlanstein's supervision terminate as scheduled on September 4, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of the restitution.

### ORDER OF COURT

Considered and ordered this <u>2</u> day of <u>Sept.</u>, 20<u>05</u> and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_Marnie Klyma_
Marnie Klyman
United States Probation Officer

**Place** <u>Memphis, Tennessee</u>

**Date** <u>September 2, 2005</u>

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on <u>9-6-05</u>

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:00-CR-20183 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT